IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 11th day of August, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Ashtabula County.

**2002–1454. State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file merit brief pursuant to S.Ct. Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before May 30, 2003.

**2002–1455. State ex rel. Weist v. Mason.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file merit brief pursuant to S.Ct. Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before May 30, 2003.

**2003–0433 through 2003–0445. DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–A–1933 through 2002–A–1945. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 23, 2003.

# RECONSIDERATION OF PRIOR DECISIONS

**2002–1879. State v. Johnson.**
Cuyahoga App. No. 80459, 2002-Ohio-4581.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

# MISCELLANEOUS DISMISSALS

**2002–2132. State ex rel. Burton v. Welbaum.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0470. State ex rel. Longworth v. Indus. Comm.**
Franklin App. No. 02AP–445, 2003-Ohio-750. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.